

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF Attorney General

MICHELLE A. HENRY
ATTORNEY GENERAL

June 7, 2023

Appellate Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA  17120
Direct: 717-705-2331
Fax: 717-772-4526
skirkpatrick@attorneygeneral.gov

Patricia S. Dodszuweit, Clerk
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

    RE:   *Vernon Robbins v. John Wetzel, et al.*
           No. 23-2051

Dear Ms. Dodszuweit:

    Thank you for notice about the above referenced action. Please be advised that this Office will not participate as the complaint was dismissed on statute of limitations grounds prior to service.

Respectfully,

*s/ Sean A. Kirkpatrick*

SEAN A. KIRKPATRICK
Senior Deputy Attorney General

CC:    Vernon Robbins (##GK-8880) (*pro se*)