UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **23-2051**

Robbins v. Wetzel

To:   Clerk

1)   Motion by Appellant for Extension of Time to File Petition for Rehearing pursuant to F.R.A.P. 26(a) and (c)

The foregoing motion is granted.  Appellant may file a petition for rehearing on or before October 10, 2023.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: September 26, 2023
CLW/cc: Mr. Vernon D.F. Robbins